# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH DAKOTA
## NORTHERN DIVISION

| | |
|---|---|
| In Re:<br><br>TODD CLIFFORD LAMBERT,<br><br>Debtor. | Case No. 09-10155<br>Chapter 13<br><br>**NOTICE OF APPEARANCE<br>AND REQUEST FOR NOTICE** |

TO:   Debtor and other parties in interest:

Please take notice that the undersigned is representing the secured creditor, Reliabank Dakota, and through this notice, the undersigned hereby gives notice of such appearance pursuant to Bankruptcy Rule 9010(b) and by this notice requests copies of all notices, mailings, filings and orders pursuant to Bankruptcy Rule 2002(i).

Dated this 31st day of July 2009.

BANTZ, GOSCH & CREMER, L.L.C.

 /s/ James M. Cremer
Attorneys for Creditor, Reliabank Dakota
305 Sixth Avenue SE
P.O. Box 970
Aberdeen, SD  57402-0970
605-225-2232
605-225-2497 (fax)
jcremer@bantzlaw.com

\07803\004\Notice of Appearance 2009-07-31