# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 09-10155 |
| | ) | Chapter 13 |
| TODD CLIFFORD LAMBERT | ) | |
| SSN/ITIN xxx-xx-9056 | ) | ORDER GRANTING FORD |
| | ) | MOTOR CREDIT COMPANY |
| Debtor. | ) | LLC RELIEF FROM THE STAY |
| | ) | |

Upon consideration of Ford Motor Credit Company LLC's Motion for Relief from Automatic Stay (doc. 25) and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Ford Motor Credit Company LLC's motion is granted, and it is given relief from the automatic stay to pursue its nonbankruptcy law remedies regarding its interest in the following property:

2006 Ford F150; VIN 1FTPW14V26KC69493.

IT IS FURTHER ORDERED the 14-day stay imposed by Fed.R.Bankr.P. 4001(a)(3) is waived, and this order is effective upon entry.

So ordered: December 1, 2009.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

**On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.**

**Frederick M. Entwistle**
**Clerk, U.S. Bankruptcy Court**
**District of South Dakota**

**NOTICE OF ENTRY**
Under Fed.R.Bankr.P. 9022(a)

**This order/judgment was entered on the date shown above.**

**Frederick M. Entwistle**
**Clerk, U.S. Bankruptcy Court**
**District of South Dakota**