UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 09-10155 |
| | ) | Chapter 13 |
| TODD CLIFFORD LAMBERT | ) | |
| SSN/ITIN xxx-xx-9056 | ) | ORDER GRANTING |
| | ) | SOUTH DAKOTA HOUSING |
| Debtor. | ) | DEVELOPMENT AUTHORITY |
| | ) | RELIEF FROM AUTOMATIC STAY |

Upon consideration of South Dakota Housing Development Authority's Motion for Relief from the Automatic Stay (doc. 28), and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED South Dakota Housing Development Authority's motion is granted, and it is given relief from the automatic stay to pursue its nonbankruptcy law remedies regarding its interest in the following property:

Lot 14 in Block 2 of "Plat of Meadow Glen Subdivision to the City of Watertown", Codington County, South Dakota, according to the recorded plat thereof.

IT IS FURTHER ORDERED the 14-day stay imposed by Fed.R.Bankr.P. 4001(a)(3) is waived, and this order is effective upon entry.

So ordered: March 26, 2010.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota